# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JABARRE MITCHELL** | **CIVIL ACTION NO. 22-6044** |
| | **SECTION P** |
| VS. | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MADISON CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jabarre Mitchell's claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

MONROE, LOUISIANA, this 5th day of July 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE